**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Seth Bader</u>

    v.                                                     Civil No. 11-cv-43-SM

<u>William Wrenn, Commissioner,
New Hampshire Department of
Corrections</u>

**O R D E R**

    Before the Court is Seth Bader's complaint (doc. no. 1), filed pursuant to 42 U.S.C. § 1983, alleging violations of his rights under federal law. Bader is a prisoner represented by counsel who has paid his filing fee. Under 28 U.S.C. § 1915A, this Court must, in all civil actions "in which a prisoner seeks redress from a governmental entity or officer of employee of a governmental entity," review the complaint to identify cognizable claims or recommend dismissal of any claim in the complaint that either fails to state a claim upon which relief might be granted or seeks monetary relief from a defendant immune from such relief. 28 U.S.C. § 1915A(a) & (b). The Court is thus required to conduct such a screening in this matter.

    The complaint succinctly sets out the claim for relief, and facts sufficient to support a cause of action for the claim

asserted. Accordingly, I find that the claim, as identified by plaintiff in the complaint, is cognizable.

Because the complaint has been filed by counsel, and is clear in its recitation of both factual allegations and plaintiff's legal claim for relief, there is no reason to restate the facts alleged therein. As the complaint has already been served on defendants,[1] no further court action is required at this time.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: February 14, 2011

cc: Michael J. Sheehan, Esq.
    Danielle L. Pacik, Esq.

---

[1] A waiver of service was filed, executed, on February 3, 2011 (doc. no. 5).

2