UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Seth Bader

      v.                  Civil No. 11-cv-43-SM

NH Department of Corrections,
Commissioner, et al.

O R D E R

Plaintiff's Motion for Preliminary Injunction was referred to the magistrate judge on February 2, 2011.  An evidentiary hearing was held on February 18, 2011.  On March 13, 2011, a Report and Recommendation (doc. no. 12) was issued by Magistrate Judge McCafferty.  Plaintiff objects (doc. no. 14).  The plaintiff also moves to reopen the hearing to provide additional testimony (to which the defendant objects).  A subsequent Report and Recommendation was issued by Magistrate Judge McCafferty on May 9, 2011 (doc. no. 21).  The plaintiff also objects (doc no. 23) to that Report and Recommendation.

After due consideration of the objections filed, I approve both the Report and Recommendation dated March 14, 2011, and the Report and Recommendation dated May 9, 2011, for the reasons set forth therein.

Plaintiff's Motion to Reopen the Preliminary Injunction Hearing (doc. no. 16) is denied.   Plaintiff's Motion for Preliminary Injunction (doc no. 2) is denied.

SO ORDERED.

May  25, 2011

_____
Steven J. McAuliffe
Chief Judge

cc:   Michael J. Sheehan, Esq.
      Danielle Leah Pacik, Esq.